IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01329-MSK-MEH

JOSE PEREZ,

        Plaintiff,

v.

JEFFERSON COUNTY, DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES; and JENNIFER A. MULLENBACH, its attorney,

        Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion to Dismiss With Prejudice (**#12**) filed July 19, 2011. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. Any and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 20th day of July, 2011.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge